# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIGOBERTO VASQUEZ | * |
| | * |
|     PLAINTIFF, | * |
| | * |
|     V. | *   Case No.: 1:20-cv-01624-TJK |
| | * |
| INDIA PALACE, LLC T/A TAJ OF INDIA , ET AL. | * |
| | * |
|     DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rigoberto Vasquez and Defendants India Palace, LLC t/a Taj of India and Mia Shahjahan, through their respective undersigned counsel and pursuant to Rule 41(a)(A)(ii), and hereby dismiss all Defendants from the present case, with prejudice.


*/s/ Michael K. Amster*
_____
Michael K. Amster (#1001110)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
(301) 587-9373
mamster@zagfirm.com

*Counsel for Plaintiff*


*/s/ Robert F. Powers*
_____
Robert F. Powers (#1003476)
McClanahan Powers, PLLC
8133 Leesburg Pike, Ste. 130
Vienna, VA 22102
(703) 520-1326
rpowers@mcplegal.com

*Attorneys for Defendants,*
*India Palace, LLC t/a Taj of India*
*     and Mia Shahjahan*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served via the ECF notification system upon the following counsel of record:

*--S--*
Michael K. Amster
